**Order entered November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00516-CV

**ROBERT ELLIOTT, ET AL., Appellants**

**V.**

**LYNN O'NEIL DAUTERMAN, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-10954**

## ORDER

We **REINSTATE** this appeal.

In an order dated September 24, 2015, we ordered the trial court to make findings of fact and conclusions of law with respect to the April 4, 2015 order denying sanctions. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed on November 20, 2015.

Appellant's brief is due **WITHIN THIRTY DAYS** of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE